EDWARD W. NORRIS, Appellant, *v.* EMANUEL J. MYERS, Respondent.

*Norris* v. *Myers,* 177 App. Div. 906, affirmed.
(Argued January 23, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1917, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Plaintiff brought suit to have defendant made " a *quasi* trustee " for plaintiff's benefit to the extent of $2,500 for professional legal services rendered to the Breakwater Construction and Engineering Company and fastened upon a lien found in defendant's behalf by the United States District Court in the bankruptcy proceedings against such company. Plaintiff claimed that the special master included the amount due him in the defendant's lien and that the transfer of the lien by defendant to the representatives of the First National Bank of Cleveland rendered him personally liable to the plaintiff. The answer denied liability and pleaded payment by the successor company of the bankrupt, and a satisfaction and release of the claims in controversy by the plaintiff.

*Horace L. Cheyney* for appellant.
*Gordon S. P. Kleeberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.